IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MAREGA ABDOULAYE,**
**A-093-459-749,**

    Petitioner,

vs.                                                   Case No. 4:11cv449-SPM/WCS

**ERIC H. HOLDER JR., et al.,**

    Respondents.

    _____/

## REPORT AND RECOMMENDATION

    Petitioner, proceeding *pro se*, initiated this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on September 7, 2011.  Doc. 1.  Service was directed, and Petitioner's copy of the order was returned to the court as undeliverable.  Doc. 7.  An order was entered seeking information on Petitioner's status.  Doc. 9.  In response, a motion to dismiss the petition was filed.  Doc. 10.

    Petitioner alleged entering immigration custody on February 11, 2011, and said he was indefinitely housed at the Wakulla County Jail in Crawfordville, Florida, because Respondents refuse to release him even though they are unable to remove him to his native country of Mali.  Doc. 1.  Respondents now state that Petitioner was released

from custody on August 31, 2011.[1]  Doc. 10.  Attached to the motion to dismiss is a copy of the order of supervision, which has Petitioner's signature, dated August 31, 2011, and his address upon release.  Doc. 10-1.  Since Petitioner has been granted release, there is no judicial remedy left and this case should be dismissed as moot.  The Clerk of Court will be directed to provide a copy of this report and recommendation to Petitioner at the forwarding address provided by Respondents.

Accordingly, it is **ORDERED** that the Clerk of Court shall send a copy of this report and recommendation to Petitioner at the address provided by Respondents: 1806 Amsterdam Ave., Apartment 4H, New York, NY 10031.  Doc. 10, p. 4; doc. 10-1, p. 3.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 10, be **GRANTED** and the petition for writ of habeas corpus, doc. 1, be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on October 4, 2011.

 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[1] August 30th was the date Petitioner signed the petition, doc. 1, p. 9, although it was not received by the Court until September 7, 2011.

Case No. 4:11cv449-SPM/WCS