IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAREGA ABDOULAYE,
A-093-459-749,

      Petitioner,

v.            CASE NO. 4:11cv449-SPM/WCS

ERIC H. HOLDER, et al.,

      Respondents.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated June 13, 2011 (doc. 11). Copies were sent to Petitioner at his two last known addresses, but they were returned as undeliverable. Thus no objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 11) is ADOPTED and incorporated by reference in this order.

    2.    The motion to dismiss (doc. 10) is granted.

3.     The petition for writ of habeas corpus is dismissed as moot..

DONE AND ORDERED this 28th day of October, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge